# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRANSPORTATION INSURANCE
COMPANY and NATIONAL FIRE
INSURANCE COMPANY OF HARTFORD,
both Illinois companies, and as Insurers and
Subrogees of The Dailey Company,

        Plaintiffs

-vs-

Case No.: 2:08-cv-15018
Hon. Julian Abele Cook

CITIZENS INSURANCE COMPANY OF
AMERICA, a Michigan corporation, and
Insurer of Giannola Masonry Company.

        Defendant.
_____/

| DAWSON & CLARK, P.C. | COLLINS, EINHORN, FARRELL & ULANOFF |
|---|---|
| Donald H. Dawson, Jr. (P29692) | Timothy F. Casey (P31836) |
| Kathleen A. Clark (P43295) | Deborah A. Hebert (P34964) |
| Attorneys for Plaintiff | Attorney for Defendant |
| 243 W. Congress, Suite 600 | 4000 Town Center, Ste. 909 |
| Detroit, MI 48226 | Southfield, MI 48075 |
| (313) 256-8900 | (248) 355-4141 |

_____/

**SUPERSEDEAS BOND BY
THE HANOVER INSURANCE COMPANY**

1

| | | Bond No. _____ |
|---|---|---|
| Approved, SCAO | Original - Trial court<br>1st copy - Appellate court | OSM Code: BOA<br>2nd copy - Appellee<br>3rd copy - Appellant |

| **STATE OF MICHIGAN** | | CASE NO. |
|---|---|---|
| See attached federal caption    JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **BOND ON APPEAL** | |

Court address                                                                                                   Court telephone no.

| Plaintiff/Petitioner name(s) and address(es).   ☐ Appellant  ☒ Appellee | v | Defendant/Respondent name(s) and address(es)   ☒ Appellant  ☐ Appellee |
|---|---|---|
| Transportation Insurance Company<br>National Fire Insurance Company of Hartford | | Citizens Insurance Company of America |
| Attorney, bar no., address, and telephone no.<br>Donald H. Dawson, Jr. (P29692) and Kathleen A.<br>Clark (P43295)<br>243 W. Congress, Ste 600<br>Detroit, MI 48226<br>(313) 256-8900 | | Attorney, bar no., address, and telephone no.<br>Timothy F. Casey (P31836)<br>Deborah A. Hebert (P34964)<br>4000 Town Center, Ste 909<br>Southfield, MI 48075<br>(248) 355-4141 |

☐ Probate   In the matter of _____

| Trial court judge<br>Hon. Julian Abele Cook | Party for whom judgment entered<br>Plaintiffs | Party aginst whom judgment entered<br>Defendant | Amount of judgment<br>$5,000,000 |
|---|---|---|---|
| Amount of bond<br>$5,025,000.00 | Type of bond    ☐ cash<br>☐ Personal   ☒ surety | Principal (Appellant)<br>Citizens Insurance Company of America | |

Type or print name(s), address(es), and telephone number(s) of surety(ies)
The Hanover Insurance Company
440 Lincoln St., Worcester, MA 01653-0002
(800) 799-6380

The principal and surety, if applicable, are bound jointly and severally to the appellee or the court in the sum stated if the principal fails to perform any of the following obligations:

1. diligently prosecute this appeal to decision.
2. if the reviewing court affirms the lower court judgment of the appeal is dismissed or discontinued, perform or satisfy the judgment or order appealed including costs and interest.
3. in an action involving the possession of land or judgment for foreclosure of a mortgage or land contract, pay the amount stated in the appealed judgment, appellate costs, and interest, and pay any damages from the time of forcible entry, the detainer, the notice to quit, or demand for possession.
4. In a juvenile/criminal case, the juvenile or criminal shall also promise to:
    a. surrender to the sheriff or other custodial authority if the sentence/disposition appealed is affirmed or the appeal is dismissed;
    b. if the judgment or order appealed is other than incarceration, to perform and comply with the judgment or order if it is affirmed on appeal or if the appeal is dismissed;
    c. to appear in the trial court if the case is remanded for retrial or further proceedings or if a conviction is reversed and retrial is allowed;
    d. to remain in Michigan unless to court gives written approval to leave; and
    e. to notify the trial court clerk of a change of address.
5. perform all other acts required by law, including: pay post- judgment interest and appeal costs within maximum limits of this bond

Citizens Insurance Company of America

_____          _____
Date                                                                              Signature of principal
The Hanover Insurance Company                       _____
Surety                                                                           Surety

(continued on reverse)

MC 56  (8/89) **BOND ON APPEAL**                              MCR 7.101(C)(2)(a), (H), MCR 7.204(E), MCR 7.209(E)

The surety(ies) in this bond acknowledge(s) personal worth in the amount of twice the penalties in the bond, over and above all debts and legal exemptions.

_____   _____   _____
Date                              Surety                            Surety

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                     Date

My commission expires: _____ Signature: _____
                        Date

This bond is approved and filed.

_____            _____
Date                                       Trial court judge                        Bar no.