# EXHIBIT B

DIFS Detailed Information for an Insurance Entity.                                    Page 1 of 1

Case 2:08-cv-15018-JAC-MJH   ECF No. 117-2, PageID.2882   Filed 09/09/13   Page 2 of 2

    

Michigan.gov Home                                    DIFS Home  |  Contact DIFS

<Enter New Search Criteria for Insurance Entities>

## DIFS Detailed Information for an Insurance Entity

**HANOVER INSURANCE COMPANY, THE**
400 Lincoln St
Worcester, MA 01653

| | |
|---|---|
| **Entity Type:** | Property and Casualty Insurer |
| **NAIC #:** | 22292 |
| **State of Domicile:** | NH |
| **Ownership Type:** | Stockholder |
| **Phone Number:** (the number listed is the statutory home office number and not a number consumers should call to obtain insurance quotes) | (508) 853-7200 |
| **Fax Number:** | (508) 853-6332 |
| **Licensing Address:** (used for appointments, cancellations, and renewal purposes) | N-181 440 Lincoln St Worcester, MA 01653-0002 |
| **Service of Process:** (Michigan Resident Agent - For the sole purpose of accepting legal papers for lawsuits.) | The Corporation Company 30600 Telegraph Rd., #2345 Bingham Farms, MI 48025 |

| Any Other Name Used | | |
|---|---|---|
| **Insurance Entity** | **Type** | **Effective Date** |
| This Insurance Company is doing business exclusively as HANOVER INSURANCE COMPANY, THE | | |

The Consumer Information Source from the National Association of Insurance Commmissioners (NAIC) allows consumers to view information about insurance companies, including financial information. Click **here** to access the Consumer Information Source.

Top of Page

Michigan.gov Home  |  DIFS Home  |  DIFS Contact  |  State Web Sites
Privacy Policy  |  Link Policy  |  Accessibility Policy  |  Security Policy

Copyright © 2001- 2013 State of Michigan