# EXHIBIT C



**FINANCIAL MANAGEMENT SERVICE**
A Bureau of the United States Department of the Treasury
fms.treas.gov

Publications

FMS Home | FAQ's | Training & Events | Publications | Programs | About FMS | A-Z Index | Navigation Help

[Search] ▶ Advanced Search | RSS XML | Subscribe | Contact FMS

- Overview: Surety Bonds
- Sureties Listing
- Admitted Reinsurers (Not For Federal Bonds)
- Getting Started
- Forms
- Regulations & Guidance
- Correspondence
- Background
- Contacts

### Surety Bonds

Updated July 23, 2013

### Department of the Treasury's Listing of Certified Companies

- ▶ **Certified Companies**
- ▶ Certified Reinsurer Companies
- ▶ Footnotes
- ▶ Notes
- ▶ States Insurance Departments
- ▶ Supplemental Changes to Circular 570

Download the complete listing of Certified Companies (264 KB)

---

Return to top of page or select a letter to jump to an item.

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**ACCREDITED SURETY AND CASUALTY COMPANY, INC. (NAIC #26379)**
BUSINESS ADDRESS: PO Box 140855, Orlando, FL 32814 - 0855. PHONE: (407) 629-2131. UNDERWRITING LIMITATION b/: $1,658,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Florida.

**ACSTAR INSURANCE COMPANY (NAIC #22950)**
BUSINESS ADDRESS: 30 SOUTH ROAD, FARMINGTON, CT 06032. PHONE: (860) 415-8400. UNDERWRITING LIMITATION b/: $2,877,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Illinois.

**Aegis Security Insurance Company (NAIC #33898)**
BUSINESS ADDRESS: P.O. Box 3153, Harrisburg, PA 17105. PHONE: (717) 657-9671. UNDERWRITING LIMITATION b/: $4,452,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Pennsylvania.

**ALL AMERICA INSURANCE COMPANY (NAIC #20222)**
BUSINESS ADDRESS: P.O. BOX 351, VAN WERT, OH 45891 - 0351. PHONE: (419) 238-1010. UNDERWRITING LIMITATION b/: $11,352,000. SURETY LICENSES c,f/: AZ, CA, CT, GA, IL, IN, IA, KY, MA, MI, NV, NJ, NY, NC, OH, OK, TN, TX, VA. INCORPORATED IN: Ohio.

**Allegheny Casualty Company (NAIC #13285)**
BUSINESS ADDRESS: One Newark Center, 20th Floor, Newark, NJ 07102. PHONE: (800) 333-4167 x-269. UNDERWRITING LIMITATION b/: $1,932,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Pennsylvania.

**ALLEGHENY SURETY COMPANY (NAIC #34541)**
BUSINESS ADDRESS: 4217 Steubenville Pike, Pittsburgh, PA 15205. PHONE: (412) 921-3077. UNDERWRITING LIMITATION b/: $296,000. SURETY LICENSES c,f/: PA. INCORPORATED IN: Pennsylvania.

Listing of Certified Companies: Surety Bonds. Programs and systems. Financial Mana... Page 19 of 25

Case 2:08-cv-15018-JAC-MJH ECF No. 117-3, PageID.2865 Filed 09/09/13 Page 3 of 3

CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Ohio.

**GREAT AMERICAN INSURANCE COMPANY OF NEW YORK (NAIC #22136)**
BUSINESS ADDRESS: 301 E Fourth Street, Cincinnati, OH 45202. PHONE: (513) 369-5000. UNDERWRITING LIMITATION b/: $4,523,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: New York.

**Great Northern Insurance Company (NAIC #20303)**
BUSINESS ADDRESS: 15 Mountain View Road, Warren, NJ 07059. PHONE: (908) 903-2000. UNDERWRITING LIMITATION b/: $43,859,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Indiana.

**Greenwich Insurance Company (NAIC #22322)**
BUSINESS ADDRESS: SEAVIEW HOUSE, 70 SEAVIEW AVENUE, STAMFORD, CT 06902. PHONE: (203) 964-5200. UNDERWRITING LIMITATION b/: $44,080,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Delaware.

**Guarantee Company of North America USA (The) (NAIC #36650)**
BUSINESS ADDRESS: One Towne Square, Suite 1470, Southfield, MI 48076 - 3725. PHONE: (248) 281-0281 x-6012. UNDERWRITING LIMITATION b/: $14,172,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Michigan.

H  Return to top of page or select a letter to jump to an item.
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Hanover Insurance Company (The) (NAIC #22292)**
BUSINESS ADDRESS: 440 LINCOLN STREET, WORCESTER, MA 01653 - 0002. PHONE: (508) 853-7200 x-4476. UNDERWRITING LIMITATION b/: $75,381,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: New Hampshire.

**HARCO NATIONAL INSURANCE COMPANY (NAIC #26433)**
BUSINESS ADDRESS: 702 OBERLIN ROAD, RALEIGH, NC 27605 - 0800. PHONE: (919) 833-1600. UNDERWRITING LIMITATION b/: $14,264,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MP, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Illinois.

**Harleysville Mutual Insurance Company (NAIC #14168)**[3]

**Harleysville Worcester Insurance Company (NAIC #26182)**
BUSINESS ADDRESS: 355 Maple Avenue, Harleysville, PA 19438 - 2297. PHONE: (215) 256-5000. UNDERWRITING LIMITATION b/: $19,161,000. SURETY LICENSES c,f/: AL, AR, CT, DE, DC, GA, IL, IN, IA, KS, KY, ME, MD, MA, MI, MN, MS, MO, NE, NH, NJ, NY, NC, ND, OH, PA, RI, SC, SD, TN, VT, VA, WV, WI. INCORPORATED IN: Pennsylvania.

**Hartford Accident and Indemnity Company (NAIC #22357)**
BUSINESS ADDRESS: One Hartford Plaza, Hartford, CT 06155 - 0001. PHONE: (860) 547-5000. UNDERWRITING LIMITATION b/: $220,024,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Connecticut.

**Hartford Casualty Insurance Company (NAIC #29424)**
BUSINESS ADDRESS: One Hartford Plaza, Hartford, CT 06155 - 0001. PHONE: (860) 547-5000. UNDERWRITING LIMITATION b/: $90,732,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Indiana.

**Hartford Fire Insurance Company (NAIC #19682)**